IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |  |
|---|---|---|
| DIANNE LEIDY, *et al.*,<br>    Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. H-15-2497 |
| ALTERRA AMERICA INSURANCE COMPANY, *et al.*,<br>    Defendants. | § § § § | |

## REMAND ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiffs' Motion to Remand [Doc. # 4] is **GRANTED** and this case is **REMANDED** to the 133rd Judicial District Court for Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this 15th day of **October, 2015**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2015\2497RemandOrder.wpd   151015.1636